UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CECIL THORNTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DON MORGAN, et al.,<br><br>　　　　Defendants. | CASE NO. 1:15-cv-01786-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 17)** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On October 15, 2015, Plaintiff filed his first civil rights complaint. (ECF No. 1.)  His complaint was in the form of a letter rather than a formal complaint; therefore, the Court directed Plaintiff to resubmit his claims on a complaint form by November 23, 2015. (ECF No. 2.)  On November 9, 2015, Plaintiff requested and was granted a sixty day extension of time to file a first amended complaint. (ECF Nos. 8 and 13.)  On February 29, 2016, Plaintiff requested yet another sixty-day extension of time. (ECF No. 14.)  Plaintiff's request was denied and he was directed to file a first amended complaint by April 9, 2016. (ECF No. 15.)  On April 21, 2016, Plaintiff requested an additional five day extension. (ECF No. 16.)  As of May 16, 2016, Plaintiff had still not filed a first amended complaint.  On that date, the Court issued an order denying Plaintiff's third request for an extension and ordering Plaintiff to

show cause, within fourteen days from the date of the Court's order, why his action should not be dismissed without prejudice for failure to obey a court order and failure to state a claim. (ECF. No. 17.) On May 25, 2016, Plaintiff filed his first amended civil rights complaint.

Having received Plaintiff's first amended civil rights complaint, the Court will discharge the order to show cause, and will screen Plaintiff's first amended complaint in due course.

Based on the foregoing, the order to show cause (ECF No. 17) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   May 26, 2016                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE