UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CECIL THORNTON,<br><br>    Plaintiff,<br><br>    v.<br><br>DON MORGAN, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01786-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**(ECF No. 26)**<br><br>**ORDERING REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS AND DIRECTING PLAINTIFF TO PAY FILING FEE IN FULL**<br><br>**(ECF No. 12)**<br><br>**TWENTY-ONE DAY DEADLINE** |

Plaintiff is a prisoner proceeding pro se and *in forma pauperis* ("IFP") in a civil rights action pursuant to 42 U.S.C. § 1983.  He has consented to Magistrate Judge jurisdiction. (ECF No. 6.)

On September 20, 2016, the Court ordered Plaintiff to show cause why his IFP status should not be revoked because it appeared he had incurred three strikes within the meaning of 28 U.S.C. § 1915(G). (ECF No. 23.) Plaintiff requested and was granted one extension of time to file a response. (ECF Nos. 24 & 25.) Plaintiff's response was

1

thus due on November 7, 2016.

Before the Court is Plaintiff's November 4, 2016 second motion to extend time to file a response to the order to show cause. (ECF No. 26.) Plaintiff states, without elaboration, that for "unforeseen reasons" he needs additional time to prepare his reply. Id.

Plaintiff has failed to demonstrate good cause why another extension should be granted. His motion will therefore be denied.

Furthermore, having received no substantive response to its order to show cause, the Court will revoke Plaintiff's IFP status and direct him to pay the $400.00 filing fee in full within twenty-one days of this order.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 26) is DENIED;
2. Plaintiff's IFP status is REVOKED for incurring three strikes within the meaning of 28 U.S.C § 1915(G); and
3. Plaintiff must pay the $400.00 filing fee in full within **twenty-one (21) days** of the date of this order. Failure to comply will result in Plaintiff's case being dismissed, without prejudice, for failure to pay the filing fee.

IT IS SO ORDERED.

Dated:   November 8, 2016             /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE