UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CECIL THORNTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DON MORGAN, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01786-MJS (PC)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE**<br><br>**CLERK TO CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on October 15, 2015.  (ECF No. 1.)  He has consented to Magistrate Judge jurisdiction. (ECF No. 6.)  No other parties have appeared.

On November 5, 2015, Plaintiff filed a motion seeking leave to proceed *in forma pauperis* as a prisoner. (ECF No. 7.) On December 2, 2015, Plaintiff's motion was granted. (ECF No. 12.) However, the Court subsequently determined that Plaintiff had incurred three strikes within the meaning of 28 U.S.C. § 1915(G), and on September 20, 2016 issued an order for Plaintiff to show cause within fourteen days why his *in forma pauperis* status should not be revoked. (ECF No. 23.) Despite requesting and being granted an extension of time in which to respond (ECF Nos. 24 & 25) Plaintiff failed to timely do so.[1] Therefore,

---

[1] On November 30, 2016, Plaintiff's untimely response to the Order to Show Cause was filed with the Court. (ECF No. 28.) Therein, Plaintiff claims that his previously imposed strikes were improper. He also argues that his medical care claims in the instant case, which allege a failure to provide Plaintiff with adequate eyeglasses, demonstrate that he faces "imminent harm."  The Court has reviewed Plaintiff's response and found his arguments lack merit.

1

on November 8, 2016, the Court issued an order revoking Plaintiff's *in forma pauperis* status and directing Plaintiff to pay the $400.00 filing fee in full within twenty-one days before he could proceed in this action. (ECF No. 27.) The twenty-one days has passed and Plaintiff has not paid the fee.

Plaintiff's action may not proceed absent the submission of the filing fee. 28 U.S.C. § 1914. Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. See In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, it is HEREBY ORDERED THAT:

1. This action is DISMISSED WITHOUT PREJUDICE, based on Plaintiff's failure to pay the filing fee, and
2. The Clerk of the Court shall terminate any and all pending motions and CLOSE the case.

IT IS SO ORDERED.

Dated:   December 5, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE